UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL TURNER,

    Plaintiff,

v.

Case No. 23-cv-12225
Hon. Matthew F. Leitman

RYAN CONNOR, et al.,

    Defendant.
_____/

**ORDER (1) GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE A SECOND AMENDED COMPLAINT (ECF No. 9),
(2) TERMINATING AS MOOT DEFENDANTS' MOTION TO DISMISS
FIRST AMENDED COMPLAINT (ECF NO. 6), AND (3) SETTING
DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT**

For the reasons explained on the record on November 16, 2023, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 9) is GRANTED. Plaintiff shall file that pleading within three business days.

2. Defendants' Motion to Dismiss the First Amended Complaint (ECF No. 6) is TERMINATED AS MOOT.

3. Defendants shall answer or otherwise respond to the Second Amended Complaint not more than 21 days after it is filed.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: November 17, 2023

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 17, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
