UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL TURNER,

    Plaintiff,

v.

                                        Case No. 23-cv-12225
                                        Hon. Matthew F. Leitman

RYAN CONNOR, et al.,

    Defendant.
_____/

## ORDER STAYING PROCEEDINGS PENDING FACILITATION

On July 17, 2024, the parties advised the Court that they were pursuing facilitation with Allan Charlton as the facilitator. In light of facilitation, the Court hereby **STAYS** the proceedings in this action until further order of the Court. As soon as facilitation is complete, the parties shall advise the Court of the result by emailing case manager Holly Ryan at holly_ryan@mied.uscourts.gov. If the case does not settle, the Court will hold a status conference to discuss next steps and to reinstate a case management order.

    **IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: July 17, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 17, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
